UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RAYMUNDO HERNANDEZ,<br>Petitioner,<br>v.<br>WARDEN GOLDEN STATE ANNEX, et al.,<br>Respondents. | No. 1:26-cv-08532-KES-CDB (HC)<br>(A-Number: A-242-325-196)<br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING PETITIONER'S IMMEDIATE RELEASE<br>Docs. 1, 7 |

Petitioner Martin Raymundo Hernandez, a federal immigration detainee, initiated this action on October 18, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex Detention Facility. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On November 10, 2026, the assigned magistrate judge issued amended findings and recommendations to grant petitioner's petition for writ of habeas corpus. Doc. 7. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days of the date of service thereof. *Id.* at 7. On November 16, 2026, respondents timely filed objections and objected "for the reasons stated in their Response. Doc. 5." Doc. 8.

In accordance with 28 U.S.C. § 636(b)(1), the court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The amended findings and recommendations issued on November 10, 2026, Doc. 7, are adopted in full.
2. The petition for writ of habeas corpus, Doc. 1, is granted.
3. Respondents are ORDERED to release petitioner Martin Raymundo Hernandez (A-242-325-196) immediately.
4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they provide no less than seven (7) days' notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.[1]
5. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
6. The Clerk of the Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated: November 19, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.